Certificate Number: 00349-FLM-CC-007082808

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 18, 2009, at 1:26 o'clock PM EDT,

Fernando Roman received from

Consumer Debt Counselors,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Florida, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 18, 2009          By      /s/Tom Hoisington

                            Name    Tom Hoisington

                            Title   Quality and Compliance Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00349-FLM-CC-007082947

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 18, 2009, at 1:34 o'clock PM EDT,

Michelle Roman received from

Consumer Debt Counselors,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Florida, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 18, 2009        By      /s/Tom Hoisington

                          Name    Tom Hoisington

                          Title   Quality and Compliance Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).