# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**FERNANDO ROMAN**
**MICHELLE ROMAN**

Case No. _____

Debtors.
_____/

Chapter: 7

## DISCLOSURE OF COMPENSATION – RULE 2016(b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $2,299.00.

2. The source of the compensation paid, or to be paid to me was **FERNANDO ROMAN AND MICHELLE ROMAN.**

3. I have not agreed to share the above disclosed compensation with any other person unless they are members and associates of my law firm.

Date: 6-30-09                   Signature: /s/ Jeffrey S. Ainsworth

Jeffrey S. Ainsworth
Bar No. 0060769