UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                           Case No. 6:
                                                                 Chapter 7
**FERNANDO ROMAN**
**MICHELLE ROMAN,**

      Debtor(s)
_____/

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **FERNANDO ROMAN AND MICHELLE ROMAN**, Declares under penalty of perjury that:

1. I/We have signed the original (s) of the document (s) identified below under penalty of perjury ("Verified Document (s)").

2. The information contained in the Verified Document (s) is true and correct to the best of my knowledge and belief.

3. I/We understand that the Verified Document (s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____                         _____
Signature of Debtor                                Signature of Joint Debtor

Verified Document (s):

| Description | Date Executed | Date Filed |
|---|---|---|
| Bankruptcy Petition, Schedules, Statements of Financial Affairs, Intentions, Social Security Numbers, CMI, Ch7 Notice, Payment Advices | 6-30-09 | 6-30-09 |