# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FERNANDO ROMAN | § | CASE NO. 09-09229-ABB |
| MICHELLE ROMAN | § | CHAPTER 7 |
| | § | |
| | § | JUDGE ARTHUR B. BRISKMAN |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Fifth Third Bank**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 3050-N-3400
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Fifth Third Bank

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before July 10, 2009:

**Debtors' Attorney**
Jeffrey Ainsworth
Mangum & Associates Pa
5100 Hwy 17-92 Suite 200
Casselberry, FL  32707

**Chapter 7 Trustee**
Marie E. Henkel
3560 South Magnolia Avenue
Orlando, Florida 32806

**U.S. Trustee**
Charles Broun
135 West Central Blvd., Suite 620
Orlando, Florida 32801

                                                      /s/ Joe M. Lozano, Jr.

                                                      Joe M. Lozano, Jr.

3050-N-3400
noaelect