**[6ord23]** [ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                           Case No. 6:09–bk–09229–ABB
                                                                                                 Chapter 7

Fernando Roman
2772 Grassmoor Loop
Apopka, FL 32712


Michelle Roman
2772 Grassmoor Loop
Apopka, FL 32712


_____Debtor(s)_____/

ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

   Pursuant to 11 U.S.C. § 521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor has complied with the information filing requirements of 11 U.S.C. § 521(a).

   Accordingly, it is

   ORDERED:

   1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

   2. If any party has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a), they shall file a Motion for Reconsideration not later than 21 days from the date of this order, and serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a) that the debtor has failed to file.

   DONE AND ORDERED on July 9, 2009 .

                                                                          _____
                                                                          Arthur B. Briskman
                                                                          United States Bankruptcy Judge