[6ord23] [ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:09–bk–09229–ABB
Chapter 7

Fernando Roman
2772 Grassmoor Loop
Apopka, FL 32712

Michelle Roman
2772 Grassmoor Loop
Apopka, FL 32712

_____Debtor(s)_____/

ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

Pursuant to 11 U.S.C. § 521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor has complied with the information filing requirements of 11 U.S.C. § 521(a).

Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a), they shall file a Motion for Reconsideration not later than 21 days from the date of this order, and serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a) that the debtor has failed to file.

DONE AND ORDERED on July 9, 2009 .

_____
Arthur B. Briskman
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: gsusan                 Page 1 of 1                   Date Rcvd: Jul 09, 2009
Case: 09-09229                Form ID: 6ord23              Total Noticed: 23
```

The following entities were noticed by first class mail on Jul 11, 2009.
```
db/jdb        +Fernando Roman,   Michelle Roman,   2772 Grassmoor Loop,    Apopka, FL 32712-5008
cr            +Fifth Third Bank,   P .O .Box 829009,   Dallas, TX 75382-9009
16470310       American Express,   PO Box 36002,   Ft. Lauderdale, FL  33336-0002
16470311       Chase Cardholder Service,   PO Box 15163,   Wilmington, DE  19886-5153
16470313       Citi Cards,   PO Box 6405,   The Lakes, NV  88901-6407
16470314       Countrywide Bac Home Loans,   PO Box  660694,   Dallas, TX  75266-0694
16470316       Dell Preferred Account,   PO Box 6403,   Carol Stream, IL  60197-6403
16470317       Dillards,   PO Box 960012,   Orlando, FL  32996-0012
16470318      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   PO Box  630778,   Cincinnati OH  45263-0778)
16517404      +Fifth Third Bank,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
16521462       Florida Department of Revenue,   Bankruptcy Unit,   Post Office Box 6668,
                Tallahassee FL 32314-6668
16470319       Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470321       Florida Emergency Physicians,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470322       Florida Hospital Med center,   Patient Financial Services,   PO Box 538800,
                Orlando, FL  32853-8800
16470324       Home Depot Credit Services,   Processing Center,   Des Moines, IA  50364-0500
16470327      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   PO Box  21126,   Philadelphia, PA  19114)
16470325       Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
16470328       John Deere,   PO Box  650215,   Dallas, TX  75265-0215
16470329       Macy's,   PO Box 6938,   The Lakes, NV  88901-6938
16470330       Midland Mortgage Co.,   PO Box 26640,   Oklahoma City, OK  73126
16470331       Nelnet Inc.,   PO Box 2970,   Omaha, NE  68103-2970
```
The following entities were noticed by electronic transmission on Jul 10, 2009.
```
16470323       E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 03:55:08      GE Money Bank,   PO Box 960061,
                Orlando, FL  32896-0061
16521464      +E-mail/Text: Bankruptcy@octaxcol.com                            Orange County Tax Collector,
                Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16470312*      Chase Cardholder Service,   PO Box 15163,   Wilmington, DE  19886-5153
16470315*      Countrywide Bac Home Loans,   PO Box 660694,   Dallas, TX  75266-0694
16470320*      Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16521463*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   Post Office Box 21126,
                Philadelphia PA 19114)
16470326*      Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
                                                                                              TOTALS: 0, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**          **Signature:**   *Joseph Speetjens*