**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number **6:09−bk−09229−ABB**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 30, 2009.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Fernando Roman<br>2772 Grassmoor Loop<br>Apopka, FL 32712 | Michelle Roman<br>2772 Grassmoor Loop<br>Apopka, FL 32712 |
| Case Number:<br>6:09−bk−09229−ABB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3883<br>xxx−xx−5881 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey Ainsworth<br>Mangum & Associates PA<br>5100 Hwy 17−92<br>Suite 200<br>Casselberry, FL 32707<br>Telephone number: (407) 478−1555 | Bankruptcy Trustee (name and address):<br>Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806<br>Telephone number: 407−438−6738 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date: **August 4, 2009**                                                    Time: **02:00 PM**
Location: **Suite 610, 135 West Central Blvd., Orlando, FL 32801**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**
**October 5, 2009**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801<br>Telephone number: 407−648−6365 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: July 9, 2009 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005**. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | –– Refer to Other Side for Important Deadlines and Notices –– |
| Voice Case Info. System (VCIS) | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: gsusan                 Page 1 of 2         Date Rcvd: Jul 09, 2009
Case: 09-09229                Form ID: B9A                 Total Noticed: 26

The following entities were noticed by first class mail on Jul 11, 2009.
db/jdb        +Fernando Roman,   Michelle Roman,   2772 Grassmoor Loop,   Apopka, FL 32712-5008
aty        ++++JEFFREY AINSWORTH,   MANGUM & ASSOCIATES PA,   101 SUNNYTOWN RD STE 200,
               CASSELBERRY FL 32707-3862,   Casselberry, FL 32707
               (address filed with court: Jeffrey Ainsworth,   Mangum & Associates PA,   5100 Hwy 17-92,
               Suite 200,   Casselberry, FL 32707)
tr            +Marie E. Henkel,   3560 South Magnolia Avenue,   Orlando, FL 32806-6214
cr            +Fifth Third Bank,   P .O .Box 829009,   Dallas, TX 75382-9009
16470313       Citi Cards,   PO Box 6405,   The Lakes, NV 88901-6407
16470314       Countrywide Bac Home Loans,   PO Box 660694,   Dallas, TX  75266-0694
16470317       Dillards,   PO Box 960012,   Orlando, FL 32996-0012
16470318     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati OH 45263-0778)
16517404      +Fifth Third Bank,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
16470319       Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470321       Florida Emergency Physicians,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470322       Florida Hospital Med center,   Patient Financial Services,   PO Box 538800,
               Orlando, FL  32853-8800
16470324       Home Depot Credit Services,   Processing Center,   Des Moines, IA  50364-0500
16470325       Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
16470328       John Deere,   PO Box 650215,   Dallas, TX  75265-0215
16470330       Midland Mortgage Co.,   PO Box 26640,   Oklahoma City, OK  73126
16470331       Nelnet Inc.,   PO Box 2970,   Omaha, NE  68103-2970
The following entities were noticed by electronic transmission on Jul 10, 2009.
tr            +EDI: QMEHENKEL.COM Jul 09 2009 22:38:00      Marie E. Henkel,   3560 South Magnolia Avenue,
               Orlando, FL 32806-6214
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                            United States Trustee - ORL7,
               135 W Central Blvd., Suite 620,   Orlando, FL 32801-2440
16470310       EDI: AMEREXPR.COM Jul 09 2009 22:38:00      American Express,   PO Box 36002,
               Ft. Lauderdale, FL  33336-0002
16470311       EDI: CHASE.COM Jul 09 2009 22:39:00      Chase Cardholder Service,   PO Box 15163,
               Wilmington, DE  19886-5153
16470316       EDI: RCSDELL.COM Jul 09 2009 22:38:00      Dell Preferred Account,   PO Box 6403,
               Carol Stream, IL  60197-6403
16521462       EDI: FLDEPREV.COM Jul 09 2009 22:33:00      Florida Department of Revenue,   Bankruptcy Unit,
               Post Office Box 6668,   Tallahassee FL 32314-6668
16470323       EDI: RMSC.COM Jul 09 2009 22:33:00      GE Money Bank,   PO Box 960061,   Orlando, FL  32896-0061
16470327       EDI: IRS.COM Jul 09 2009 22:38:00      Internal Revenue Service,   PO Box  21126,
               Philadelphia, PA  19114
16470329       EDI: TSYS2.COM Jul 09 2009 22:33:00      Macy’s,   PO Box 6938,   The Lakes, NV  88901-6938
16521464      +E-mail/Text: Bankruptcy@octaxcol.com                           Orange County Tax Collector,
               Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16470312*      Chase Cardholder Service,   PO Box 15163,   Wilmington, DE  19886-5153
16470315*      Countrywide Bac Home Loans,   PO Box 660694,   Dallas, TX  75266-0694
16470320*      Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16521463*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   Post Office Box 21126,
               Philadelphia PA 19114)
16470326*      Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
                                                                                            TOTALS: 0, * 5

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 113A-6          User: gsusan              Page 2 of 2              Date Rcvd: Jul 09, 2009
Case: 09-09229                Form ID: B9A             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**          **Signature:**    *Joseph Speetjens*