**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Fernando and Michelle Roman

                                 CHAPTER    7
                                 CASE NO.    6:09-bk-09229-ABB

     Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC. NO. 13) FILED BY HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-2 REGARDING REAL PROPERTY**

     THIS CAUSE came on for consideration upon the Motion For Relief From Stay regarding REAL PROPERTY LOCATED AT: 329 MISTY OAKS RUN, CITY OF CASSELBERRY, FLORIDA 32707 / LEGALLY DESCRIBED AS: LOT 8, LAKE GRIFFIN ESTATES, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 58, PAGE(S) 65 THROUGH 68, INCLUSIVE, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA. ("Collateral") filed by HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-2("Creditor").  The Creditor served the Motion on interested parties by negative notice pursuant to Local Rule 2002-4.  Neither the Debtor(s) nor the Trustee filed a response to the Motion.  Therefore, the Court deems the matter unopposed. Accordingly, it is

     ORDERED as follows:

     1.     Creditor's Motion For Relief From Stay is granted.

     2.     The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a

mortgage foreclosure action in state court with respect to the Collateral described as: REAL PROPERTY LOCATED AT: 329 MISTY OAKS RUN, CITY OF CASSELBERRY, FLORIDA 32707 / LEGALLY DESCRIBED AS: LOT 8, LAKE GRIFFIN ESTATES, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 58, PAGE(S) 65 THROUGH 68, INCLUSIVE, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA..

    3.    The relief granted here permits the Creditor to seek and obtain in rem relief against the Collateral only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

    DONE and ORDERED at Orlando, Florida on September 9, 2009.

    Arthur B. Briskman
    United States Bankruptcy Judge

Copies Furnished To:
Brad W. Hissing, Esq., P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
Fernando and Michelle Roman, 2772 Grassmoor Loop, Apopka, FL 32712
Jeffrey Ainsworth, Esq. 5100 Hwy 17-92 Suite 200, Casselberry, FL 32707
Marie Henkel, Trustee, 3560 South Magnolia Ave., Orlando, FL 32806

086150.099440/mdm