**[6237ord1]** [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                              Case No. 6:09−bk−09229−ABB
                                                                                    Chapter 7

Fernando Roman
2772 Grassmoor Loop
Apopka, FL 32712


Michelle Roman
2772 Grassmoor Loop
Apopka, FL 32712


_____Debtor(s)_____/


## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Marie E. Henkel, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.


      DONE AND ORDERED on October 29, 2009 .

                                                            _____
                                                            Arthur B. Briskman
                                                            United States Bankruptcy Judge