**[6237ord1]** [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:09−bk−09229−ABB
                                                                Chapter 7

Fernando Roman
2772 Grassmoor Loop
Apopka, FL 32712

Michelle Roman
2772 Grassmoor Loop
Apopka, FL 32712

       Debtor(s)      /

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Marie E. Henkel, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.

     DONE AND ORDERED on October 29, 2009 .

                                                                            _____
                                                                            Arthur B. Briskman
                                                                            United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: hnadia              Page 1 of 1          Date Rcvd: Oct 29, 2009
Case: 09-09229                Form ID: 6237ord1         Total Noticed: 1

The following entities were noticed by first class mail on Oct 31, 2009.
db/jdb        +Fernando Roman,   Michelle Roman,   2772 Grassmoor Loop,   Apopka, FL 32712-5008
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2009**                    **Signature:**     *Joseph Speetjens*