B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. **6:09–bk–09229–ABB**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fernando Roman | Michelle Roman |
| 2772 Grassmoor Loop | 2772 Grassmoor Loop |
| Apopka, FL 32712 | Apopka, FL 32712 |

Social Security No.:
xxx–xx–3883

xxx–xx–5881

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____
Dated: October 29, 2009               Arthur B. Briskman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: hnadia                Page 1 of 1                   Date Rcvd: Oct 29, 2009
Case: 09-09229                 Form ID: B18J               Total Noticed: 25
```

The following entities were noticed by first class mail on Oct 31, 2009.
```
db/jdb       +Fernando Roman,   Michelle Roman,   2772 Grassmoor Loop,   Apopka, FL 32712-5008
tr           +Marie E. Henkel,   3560 South Magnolia Avenue,   Orlando, FL 32806-6214
cr           +Fifth Third Bank,   P .O .Box 829009,   Dallas, TX 75382-9009
16470313      Citi Cards,   PO Box 6405,   The Lakes, NV  88901-6407
16470314      Countrywide Bac Home Loans,   PO Box  660694,   Dallas, TX  75266-0694
16470318     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:  Fifth Third Bank,   PO Box  630778,   Cincinnati OH  45263-0778)
16711413     +FPC FINANCIAL, FSB,   PO BOX 131311,   ROSEVILLE, MN 55113-0011
16517404     +Fifth Third Bank,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
16470319      Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470321      Florida Emergency Physicians,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16470322      Florida Hospital Med center,   Patient Financial Services,   PO Box 538800,
               Orlando, FL  32853-8800
16470324      Home Depot Credit Services,   Processing Center,   Des Moines, IA  50364-0500
16470325      Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
16470328      John Deere,   PO Box 650215,   Dallas, TX  75265-0215
16470330      Midland Mortgage Co.,   PO Box 26640,   Oklahoma City, OK  73126
16470331      Nelnet Inc.,   PO Box 2970,   Omaha, NE  68103-2970
```

The following entities were noticed by electronic transmission on Oct 29, 2009.
```
tr           +EDI: QMEHENKEL.COM Oct 29 2009 20:03:00      Marie E. Henkel,   3560 South Magnolia Avenue,
               Orlando, FL 32806-6214
16470310      EDI: AMEREXPR.COM Oct 29 2009 19:53:00      American Express,   PO Box 36002,
               Ft. Lauderdale, FL  33336-0002
16470311      EDI: CHASE.COM Oct 29 2009 20:03:00      Chase Cardholder Service,   PO Box 15163,
               Wilmington, DE  19886-5153
16470316      EDI: RCSDELL.COM Oct 29 2009 20:03:00      Dell Preferred Account,   PO Box 6403,
               Carol Stream, IL  60197-6403
16470317     +EDI: RMSC.COM Oct 29 2009 19:53:00      Dillards,   PO Box  960012,   Orlando, FL 32896-0012
16521462      EDI: FLDEPREV.COM Oct 29 2009 19:53:00      Florida Department of Revenue,   Bankruptcy Unit,
               Post Office Box 6668,   Tallahassee FL 32314-6668
16470323      EDI: RMSC.COM Oct 29 2009 19:53:00      GE Money Bank,   PO Box 960061,   Orlando, FL  32896-0061
16470327      EDI: IRS.COM Oct 29 2009 19:53:00      Internal Revenue Service,   PO Box  21126,
               Philadelphia, PA  19114
16470329      EDI: TSYS2.COM Oct 29 2009 19:53:00      Macy's,   PO Box 6938,   The Lakes, NV  88901-6938
16521464     +E-mail/Text: Bankruptcy@octaxcol.com                            Orange County Tax Collector,
               Attn:  Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            HSBC Bank USA
cr*          +FPC Financial, fsb.,   PO Box 131311,   Roseville, MN 55113-0011
16470312*     Chase Cardholder Service,   PO Box 15163,   Wilmington, DE  19886-5153
16470315*     Countrywide Bac Home Loans,   PO Box 660694,   Dallas, TX  75266-0694
16470320*     Florida Emergency Phy Kang & Assoc.,   PO Box 1070 (Dept 4131),   Charlotte NC  28201-1070
16521463*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Post Office Box 21126,
               Philadelphia PA 19114)
16470326*     Infiniti,   PO Box 660360,   Dallas, TX  75266-0360
                                                                                              TOTALS: 1, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2009**                    **Signature:**    *Joseph Speetjens*